No. 69553.—Siemens New York, Inc. v. United States, protest 62/18629 (Detroit).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of electrical X-ray apparatus or instruments (other than laboratory), which are not X-ray tubes or parts thereof, the claim of the plaintiff was sustained.